IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERTO GARCIA,

      Plaintiff,                No. 2:10-cv-2047 CKD P

    vs.

G. GUIRIBINO, et al.,

      Defendants.        <u>ORDER</u>

                       /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and plaintiff has consented to all proceedings in this matter being held before a United States Magistrate Judge. <u>See</u> 28 U.S.C. § 636(c). On March 14, 2012, the court dismissed plaintiff's complaint after screening it pursuant to 28 U.S.C. § 1915A(a). Plaintiff was given leave to file an amended complaint with specific instructions as to content. Plaintiff has now filed an amended complaint.

        One of the court's instructions in the March 14, 2012 order is that plaintiff's amended complaint not exceed 30 pages. While plaintiff's amended complaint is 26 pages, not including exhibits, it is very difficult, at times impossible to read because plaintiff's writing is unacceptably small. In a civil action, the complaint is a document which is continually referenced and consulted by the parties and the court. While the court might be inclined to

1

accept plaintiff's small writing in a document which the court and defendants need reference only once or a few times, or if the amended complaint were relatively short, the burden imposed by plaintiff's small handwriting in his 26 page amended complaint is unnecessarily great. Therefore, plaintiff's amended complaint will be dismissed with leave to file a second amended complaint. The second amended complaint must be easily readable and must not exceed 30 pages.[1]  If plaintiff fails to comply with these requirements, this action will be dismissed.

It appears plaintiff complied with most of the other instructions given to him on March 14, 2012 regarding the contents of his amended complaint. Plaintiff must adhere to those instructions with respect to the contents of his second amended complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is dismissed.

2. Plaintiff is granted thirty days from the date of service of this order to file a second amended complaint that complies with the requirements of this order, the court's March 14, 2012 order, the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.

3. The second amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint."

4. Plaintiff must file an original and two copies of the second amended complaint.

/////

---

[1] The court contemplated providing plaintiff a higher page limit. But, this is not necessary as plaintiff's amended complaint still contains a significant amount of irrelevant information. In order to shorten his pleadings, plaintiff should focus on making allegations which provide a basis for an actionable claim and avoid allegations which do not. For example, plaintiff takes two full pages to explain how it was he came to be placed on "contraband watch." The essential information from these two pages–that plaintiff was found to be in possession of contraband while outside his prison (which plaintiff admits) and then placed on "contraband watch" in spite of the fact that x-rays were taken of plaintiff's person in an attempt to locate more contraband–could be adequately explained in a paragraph or two.

5. Failure to file a second amended complaint in accordance with this order will result in dismissal.

Dated: July 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] garc2047.14(2)