UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GARCIA, | No. 2:10-cv-2047 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| G. GUIRIBINO, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The remaining defendants are either current or former employees at High Desert State Prison. Plaintiff's remaining claims concern certain conditions of plaintiff's confinement at High Desert between May 6th and 10th, 2009. Defendants have filed a motion to dismiss for failure to exhaust administrative remedies.

The court has determined that an evidentiary hearing concerning whether plaintiff should be excused from the exhaustion requirement because the first level of the grievance process was unavailable to plaintiff with respect to the claims still before the court is necessary for the resolution of defendants' motion to dismiss. At the hearing, it will be plaintiff's burden to establish that the first level was unavailable to him. Plaintiff will be permitted to present admissible evidence, including his own testimony, tending to show that he attempted to present the claims which remain in this action to the first level of review. Defendants will be permitted to

present evidence tending to show plaintiff did not present his claims to the first level and to rebut plaintiff's evidence.

If either party plans on offering into evidence any exhibit which is not included in the briefing on defendants' motion to dismiss, it must be served on the other party within 21 days of this order or it will not be allowed into evidence. Defendants may call one witness who has knowledge concerning the process for filing grievances at High Desert State prison in May of 2009. The parties will not be permitted to call any other witnesses absent a showing of good cause made to the court within 21 days of this order.

At this point, the court considers the following as undisputed for purposes of defendants' motion to dismiss:

1. Plaintiff did not obtain a "director's level decision" with respect to any claim pending before the court.

2. No grievance concerning any of plaintiff's remaining claims was formally addressed at the first level of review.

Accordingly, IT IS HEREBY ORDERED that this matter is scheduled for an evidentiary hearing on January 27, 2014 at 9:30 a.m. in Courtroom No. 24 concerning the issues identified above, in the manner described above, and pursuant to the terms described above.

Dated: November 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] garc2047.eh