UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GARCIA, | No. 2:10-cv-2047 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| G. GUIRIBINO, et al., | |
| Defendants. | |

On March 19, 2014, the court recommended that defendants' motion to dismiss brought "under the unenumerated portion of Federal Rule of Civil Procedure 12(b)" for failure to exhaust administrative remedies be denied. On April 3, 2014, the Ninth Circuit Court of Appeals found that "an unenumerated motion under Rule 12(b) is not the appropriate procedural device for pretrial determination of whether administrative remedies have been exhausted . . ." Albino v. Baca, No. 10-55702, 2014 WL 1317141, at *10 (9th Cir. April 3, 2014). In light of the decision in Albino, defendants' pending motion to dismiss will be denied without prejudice. If defendants wish to raise the exhaustion defense in a motion for summary judgment as described in Albino, they may do so.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's March 19, 2014 findings and recommendations (ECF No. 59) are vacated; and

2. Defendants' August 19, 2013 motion to dismiss (ECF No. 37) is denied without prejudice.

Dated: April 23, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
garc2047.alb